UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

**CLERK OF COURT**                                                                                   www.txs.uscourts.gov

June 8, 2015

In re: USA v. Asher Abid Khan
District Court No.: 4:15–cr–00263–1
Circuit Court No.: 15–20303

To Whom It May Concern:

Enclosed is the electronic record on CD for this Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.

Sealed documents are not included in the record being provided unless otherwise ordered or allowed under Fifth Circuit Court Rules. Requests for copies of sealed documents must be made by motion filed with the Fifth Circuit Court of Appeals.

David J. Bradley, Clerk

By: <u>Balvina Campos</u>, Deputy Clerk