UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| The United States of America, | § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-15-263 |
| Asher Abid Khan, | § § | |
| Defendant. | § § § | |

## Amended Order Granting Release

1.  The court adopts the magistrate court's conditions of release except that Asher Abid Khan is restricted to his home and yard at all times except:

    A.   To meet with probation;

    B.   To meet with his attorney at his attorney's office;

    C.   To attend school, but may only attend after probation has approved his class schedule and classroom locations;

    D.   To work, but may only begin after probation has approved his position and work schedule;

    E.   For medical needs or treatment; and

    F.   Court appearances pre-approved by the probation office or supervising officer.

2.   Whenever Khan leaves his home and yard he must keep a precise and accurate list of his activity that accounts for each place he went, the route he took, and why he went there. With the first being due on October 16, 2015, he must give this list to probation every other Friday.

3.   The United States of America's motion for continued stay and revocation of release is denied. (15)


Signed on October 6, 2015, at Houston, Texas.


Lynn N. Hughes
United States District Judge