| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
November 25, 2015
David J. Bradley, Clerk

United States of America §
§
versus §    Criminal H- 15- 263
§
Asher Abid Khan §
§

## Conference Memorandum

Counsel:

Carolyn Ferko
Alamdar Hamdani

Tom Berg

Date: November 23, 2015
Started: 2:45 p.m.

Representing:

P: United States of America

D: Asher Abid Khan

Reporter: G. Dye
Ended: 3:15 p.m.

At the conference, these rulings were made:

_____
_____

☒ Order to be entered.
☐ Trial preparation to be completed by: _____, 200__.
☐ A pretrial conference is set for: _____ on _____, 200__.
☐ A hearing is set for: _____ on _____, 200__.
☐ A trial is set for: _____ on _____, 200__.
   ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 200__.
☐ Internal review deadline _____, 200__.

Lynn N. Hughes
United States District Judge