| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
March 29, 2016
David J. Bradley, Clerk

The United States of America, §
§
    Plaintiff, §
§
versus §     Criminal H-15-263-1
§
Asher Abid Khan, §
§
    Defendant. §

## Amendment to Second Amended Order on Release

Asher Abid Khan may use the bowling alley and fitness center located on the campus of the University of Houston.

Signed on March 29, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge