UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| versus | § | **CRIMINAL DOCKET 4:15-CR-263-01** |
| | § | **JUDGE LYNN HUGHES** |
| **ASHER KHAN** | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

*TO THE HONORABLE LYNN HUGHES*:

1. Asher Khan asks the Court to continue this matter and shows the following supporting this request:

2. Khan is charged with supporting terrorism. The Court's motion filing deadline is Monday, May 8, 2017. A pretrial conference is scheduled for 2:30 pm on Monday, June 5, 2017; and his trial is scheduled to begin at 9:00 am on Tuesday, June 13, 2017.

3. The government has provided voluminous discovery materials. Current defense counsel was appointed to represent Khan in February of 2017. He is reviewing the discovery material but will not be able to complete his review before the current motions deadline or before the current trial date.

4. Khan requests the motions deadline, the pretrial date, and the trial date be continued. Khan's counsel requests a trial date be set sometime after September.

5. The government is not opposed to this motion.

Respectfully submitted,

/s/ David Adler

_____
David Adler

        State Bar of Texas 00923150
        6750 West Loop South
        Suite 120
        Bellaire (Houston), Texas 77401
        (713) 666-7576
        (713) 665-7070 (Fax)

        Attorney for Defendant,
        Asher Khan

## CERTIFICATE OF SERVICE

A copy of this motion was provided to the government via e-mail on April 25, 2017.

        /s/ David Adler
        _____
        David Adler

## CERTIFICATE OF CONFERENCE

The government is not opposed to this motion.

        /s/ David Adler
        _____
        David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET 4:15-CR-263-01** |
| | § | **JUDGE LYNN HUGHES** |
| **ASHER KHAN** | § | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

Khan's unopposed motion for continuance is:

Granted,

The motions deadline is _____ \_\_\_\_\_, 2017.

A pretrial conference will be held at _____ am pm on _____ \_\_\_\_\_, 2017.

The trial will begin at _____ am pm on _____ \_\_\_\_\_, 2017.

Denied.

Signed on _____ \_\_\_\_\_, 2017.

_____
Lynn Hughes
United States District Judge