| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 22, 2017
David J. Bradley, Clerk

The United States of America, §
§
Plaintiff, §
§
versus § Criminal H-15-263
§
Asher Abid Khan, §
§
Defendant. §

## Order Continuing Trial

On Asher Abid Khan's motion, this case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendants to a speedier trial.

1. Motions will be filed by December 4, 2017.
2. Responses will be filed by December 14, 2017.
3. Pretrial conference is reset to January 8, 2017, at 2:30 p.m.
4. Proposed voir dire and jury instructions will be filed by January 9, 2017.
5. Jury selection and trial are reset to January 16, 2017, at 9:00 a.m.

Signed on September 22, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge