# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | § § | **Notice of Setting** |
| versus | § § | |
| Asher Abid Khan | § § § | Criminal H-15-263-1 |

### You are directed to appear for a

### Rearraignment

on
### December 4, 2017
### 1:30 p.m.

before
### Judge Lynn N. Hughes
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas  77002

*Defendant(s) required to attend:* yes

Copies:    AUSA  Carolyn Ferko, Alamdar Hamdani
    Defense Counsel  David Adler
    U.S. Probation Office

David J. Bradley,
Clerk of Court

By: _Glenda Hassan_         _November 27, 2017_
   Deputy Clerk               Date