UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 15-263-S |
| ASHER ABID KHAN, | § § | |
| Defendant | § | |

# SENTENCE DATA SHEET

**CRIMINAL NO.:**    H-15-263-S

**DEFENDANT:**    Asher Abid Khan

**DEFENDANT'S IMMIGRATION STATUS:**    United States citizen

**GUILTY PLEA:**    Count Six of the Superseding Indictment

**SUBSTANCE OF PLEA AGREEMENT:**

1. Defendant agrees to plead guilty to Count Six of the Superseding Indictment, to persist in that plea through sentencing, to waive his right to appeal the sentence, and to not collaterally attack the conviction or sentences.

2. The United States agrees that it will not further prosecute the defendant in the Southern District of Texas for offenses arising from conduct charged in the indictment. The United States also agrees: the government will not oppose a two (2) point reduction for acceptance of responsibility and an additional one (1) point reduction under U.S.S.G. 3E1.1(b)(1). If the

defendant persists in his guilty plea and fulfills the terms of this agreement, and if the defendant provides substantial assistance as determined by the United States, in its sole discretion, a motion for downward departure pursuant to U.S.S.G. §5K1.1 may be filed.  ~~Further, the United States agrees to recommend the low end of the guideline range.~~

**COUNT SIX:**             18 U.S.C. §2339B— Providing Material Support to a Designated Foreign Terrorist Organization.

**ELEMENTS COUNT SIX:**

(1) That the Defendant provided material support or resources to a designated foreign terrorist organization; and

(2) The Defendant knew that the organization either:
(a) has been designated a foreign terrorist organization, or
(b) engages, or has engaged, in "terrorism" or "terrorist activity."

The term "material support or resources" means any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (including the defendant), and transportation, but does not include medicine or religious materials.

**PENALTY COUNT SIX:**             Penalty for violation of this statute includes imprisonment for a term not to exceed fifteen (15) years, a fine of up to $250,000, or both.

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:**     Not Applicable

**SENTENCING GUIDELINES:**     Applicable

**SUPERVISED RELEASE COUNT SIX:**     Any term of years or life.

**SPECIAL ASSESSMENT:**     $100 per count of conviction

**ATTACHMENT:**     Plea Agreement