# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

20171204-102

Asher Abid Khan
6842 Tammany Manor Lane
Spring, TX US 77379

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, December 4, 2017
Case Number: 4:15-cr-00263
Document Number: 103 (1 page)
Notice Number: 20171204-102
Notice: The attached order has been entered.

| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
December 04, 2017
David J. Bradley, Clerk

United States of America §
§
versus §
§
Asher Abid Khan §

Criminal H-15-263-1

## Order for Presentence Investigation & Sentencing

1. By <u>January 29, 2018</u>, the initial presentence report must be disclosed to counsel (*about 35 days after guilt*).

2. Through <u>February 12, 2018</u>, counsel may object in writing to the facts used and application of the guidelines or may say that he has no objection (*14 days after paragraph one*).

3. By <u>February 26, 2018</u>, the probation officer must submit the final presentence report with an addendum addressing objections (*14 days after paragraph two*).

4. The sentencing is **March 5, 2018, at 1:30 p.m.** (*no sooner than 35 days from paragraph one*).

5. If counsel wants to attend interviews with the defendant, he must tell the Probation Officer immediately; within five days, he must confirm the oral request in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
(713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department by 10:00 a.m. on the next workday.

Signed on December 4, 2017.

N. Hughes
United States District Judge USDJ

Copies: United States Probation
AUSA: Carolyn Ferko, Alamdar Hamdani
Defense Counsel: David Adler
Defendant is on bond.



FORWARD TIME EXP RTN TO SEND 816T00 12/05/17
KHAN
21819 PRAIRIE SPRING LN
SPRING TX 77379-5113

RETURN TO SENDER

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS