UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET 4:15-CR-263-01** |
| | § | **JUDGE LYNN HUGHES** |
| **ASHER KHAN** | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

*TO THE HONORABLE LYNN HUGHES*:

1. Asher Khan asks the Court to continue this matter and shows the following supporting this request:

2. Khan is scheduled to be sentenced on April 24, 2018, at 1:30 pm.

3. Defense counsel mistakenly calendared the hearing for May 24, and did not draft and file PSR objections until April 17. Because of counsel's error, the government will not have sufficient time to respond to the objections if the hearing proceeds as currently scheduled.

4. Khan requests the sentencing hearing be rescheduled.

5. The government is not opposed to this motion.

                                                      Respectfully submitted,

                                                      /s/ David Adler

                                                      _____

                                                      David Adler
                                                      State Bar of Texas 00923150
                                                      6750 West Loop South
                                                      Suite 120
                                                      Bellaire (Houston), Texas 77401
                                                      (713) 666-7576
                                                      (713) 665-7070 (Fax)

                                                      Attorney for Defendant,
                                                      Asher Khan

## CERTIFICATE OF SERVICE

A copy of this motion was provided to the government via e-mail on April 18, 2018.

/s/ David Adler
_____
David Adler

## CERTIFICATE OF CONFERENCE

The government is not opposed to this motion.

/s/ David Adler
_____
David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET 4:15-CR-263-01** |
| | § | **JUDGE LYNN HUGHES** |
| **ASHER KHAN** | § | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

Khan's unopposed motion for continuance is:

Granted,

The sentencing hearing will be held at _____ am pm on _____ \_\_\_\_\_, 2018.

Denied.

Signed on _____ \_\_\_\_\_, 2018.

_____
Lynn Hughes
United States District Judge