UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 18, 2018
David J. Bradley, Clerk

| | |
|---|---|
| The United States of America, § § § Plaintiff, § § versus § § Asher Abid Khan, § § Defendant. § | Criminal H-15-263-1 |

## Order Resetting Sentencing

On Asher Abid Khan's motion, his sentencing is reset to May 31, 2018, at 2:00 p.m. (112)

Signed on April 18, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge