| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 19, 2018
David J. Bradley, Clerk

The United States of America, §
§
Plaintiff, §
§
versus § Criminal H-15-263-1
§
Asher Abid Khan, §
§
Defendant. §

## Order Denying Delay

Asher Khan's motion to delay his surrender is denied. (133)

Signed on July 19, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge