UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff;*<br><br>v.<br><br>ASHER ABID KHAN,<br><br>*Defendant.* | No. 4:15-CR-263 |

## UNITED STATES' NOTICE OF APPEAL

Notice is hereby given that the United States of America, Plaintiff named above, hereby appeals to the United States Court of Appeals for the Fifth Circuit pursuant to 18 U.S.C. § 3742(b) from the sentence imposed on June 25, 2018, and entered on July 2, 2018.

RYAN K. PATRICK
United States Attorney

s/ Alamdar S. Hamdani
ALAMDAR S. HAMDANI
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9305

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, a true and correct copy of the foregoing United States' Notice of Appeal was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification to David Adler, counsel for Asher Abid Khan.

s/ Alamdar S. Hamdani
ALAMDAR S. HAMDANI
Assistant United States Attorney
