UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| *versus* § | **CRIMINAL DOCKET 4:15-CR-263-01** |
| § | **JUDGE LYNN HUGHES** |
| **ASHER KHAN** § | |

## DEFENDANT'S *EX PARTE* MOTION TO RETURN BOND DEPOSIT

*TO THE HONORABLE LYNN HUGHES*:

1. Asher Khan asks the Court to order the return of the bond deposit in this case, and shows the following supporting this request:

2. Khan was sentenced to 18 months imprisonment on June 25, 2018. He surrendered to the Bureau of Prisons and has begun serving his sentence. *See* https://www.bop.gov/inmateloc/.

3. A bond deposit totaling $25,000.00 was made to secure Khan's pretrial release. (Docket entry 31). Khan complied with all conditions imposed by the Court.

4. Khan asks the Court to order the Clerk to return the bond deposit to the depositor.

Respectfully submitted,

/s/ David Adler

_____
David Adler
State Bar of Texas 00923150
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Asher Khan

## CERTIFICATE OF SERVICE

This motion was filed *ex parte*. A copy was not provided to the government before filing.

/s/ David Adler
_____
David Adler

## CERTIFICATE OF CONFERENCE

This motion was filed *ex parte*. The government was not consulted prior to filing.

/s/ David Adler
_____
David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| *versus* § | **CRIMINAL DOCKET 4:15-CR-263-01** |
| § | **JUDGE LYNN HUGHES** |
| **ASHER KHAN** § | |

**ORDER ON DEFENDANT'S *EX PARTE* MOTION TO RETURN BOND DEPOSIT**

Khan's *ex parte* motion to return the bond deposit is:

Granted,

The Clerk is ordered to return the bond deposit to the depositor.

Denied.

Signed on September _____, 2018.

_____
Lynn Hughes
United States District Judge