UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| *versus* § | **CRIMINAL DOCKET 4:15-CR-263-01** |
| § | **JUDGE LYNN HUGHES** |
| **ASHER KHAN** § | |

## NOTICE OF DEFENDANT'S INTERVIEW

*TO THE HONORABLE LYNN HUGHES*:

1.  Asher Khan provides the Court with the following internet address which contains Khan's recent interview by the podcast, "Our Voices Matter." The interview[1] is yet another effort Khan has made to dissuade other young men from making the grievous error of believing the online propaganda of extremist groups.

2.  The interview is available at:

https://www.youtube.com/watch?v=ulbyKZREEtE

3.  Neither Khan nor his counsel were involved in the drfating of the promotional language for the podcast, which states:

> "I know how much this ruined my life. The last thing I want is for someone to go down the same road." That is why Asher Khan agreed to this interview, during which he lays bare his soul. His is a cautionary tale for anyone in search of purpose and a sense of belonging, especially a young person still in the formative years, who can easily be guided down a road from which there might be no return.
>
> As a teenager Asher tried to navigate between two cultures, his sense of isolation and longing for true connection made him a perfect target for those espousing extremist ideology. He stopped thinking for himself, acted impulsively and ended up behind bars. His life is forever changed -- his purpose now to salvage what he can of the life he still dreams of living, and helping others learn from his mistakes.

---

[1] The podcast series is produced by former KPRC-TV anchorwoman Linda Lorelle, who also conducted the interview with Khan.

At the time of this interview in November of 2019, Asher was in the midst of finals at the University of Houston, one semester shy of completing his undergraduate degree in Mechanical Engineering and Technology.  He faces the prospect of additional prison time.  He is 25 years old.  If you or someone you know is feeling isolated, depressed and in search of purpose and community, please -- listen to Asher's story -- and then reach out for help.

    Respectfully submitted,

    /s/ David Adler

    _____

    David Adler
    State Bar of Texas 00923150
    6750 West Loop South
    Suite 120
    Bellaire (Houston), Texas 77401
    (713) 666-7576
    (713) 665-7070 (Fax)

    Attorney for Defendant,
    Asher Khan

## CERTIFICATE OF SERVICE

A copy of this pleading was provided to the government via e-mail on December 9, 2019.

    /s/ David Adler

    _____
    David Adler