UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff;*<br><br>v.<br><br>ASHER ABID KHAN,<br><br>*Defendant.* | No. 4:15-CR-263 |

**UNITED STATES' NOTICE OF APPEAL**

Notice is hereby given that the United States of America, Plaintiff named above, hereby appeals to the United States Court of Appeals for the Fifth Circuit pursuant to 18 U.S.C. § 3742(b) from the sentence imposed on December 13, 2019, and entered on December 26, 2019.

RYAN K. PATRICK
United States Attorney

s/ Alamdar S. Hamdani
ALAMDAR S. HAMDANI
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9305

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, a true and correct copy of the foregoing United States' Notice of Appeal was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification to David Adler, counsel for Asher Abid Khan.

                                                s/ Alamdar S. Hamdani
                                                ALAMDAR S. HAMDANI
                                                Assistant United States Attorney