IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § | CRIMINAL NO. H-15-263-01<br>MISC. NO.   H-21-1108 |
| | § § | |
| ASHER KHAN | § | |

**O R D E R**

With the agreement of all judges concerned, the reassignment of this case is abated pending the Fifth Circuit issuing the mandate or taking other action. Once the Fifth Circuit acts, the undersigned, as Chief Judge, will determine the reassignment or take other action consistent with the Fifth Circuit's directive.

SIGNED on May 11, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge