# United States Court of Appeals
# for the Fifth Circuit

No. 20-20030

United States Courts
Southern District of Texas
FILED
June 16, 2021
Nathan Ochsner, Clerk of Court

United States of America,

*Plaintiff—Appellant,*

versus

Asher Abid Khan,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CR-263-1

ORDER:

(X) The Appellee's opposed motion for stay of the mandate pending petition for writ of certiorari is DENIED.

( ) The Appellee's opposed motion for stay of the mandate pending petition for writ of certiorari is GRANTED through _____.

/s/ **E. Grady Jolly**

E. Grady Jolly
*United States Circuit Judge*

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 16, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-20030    USA v. Khan
                USDC No. 4:15-CR-263-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. David Adler
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner
Ms. Danielle Sue Tarin