United States District Court
Southern District of Texas
**ENTERED**
September 24, 2021
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL ACTION NO. 4:15-CR-00263-01 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ASHER ABID KHAN, Defendant. | § § § | |

## ORDER

This action was reassigned to this Court upon remand from the Fifth Circuit. Dkts 206, 207.

By October 8, 2021, the parties must provide their recommendations as to a necessary scheduling order towards the sentencing hearing in this matter. Counsel should confer and seek agreement on such schedule, if possible.

The parties must also advise if either believes that there are any pending matters or concerns that should be addressed in advance of sentencing.

SO ORDERED.

Signed on September 24, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge