UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:15-CR-263-01** |
| *versus* | § | |
| | § | **JUDGE CHARLES ESKRIDGE** |
| **ASHER KHAN** | § | |

## DEFENDANT'S SUPPLEMENTAL CLASS CERTIFICATES

*TO THE HONORABLE CHARLES ESKRIDGE*:

  Defendant Asher Khan provides the attached class certificates to assist the Court in determining an appropriate punishment in this case.

               Respectfully submitted,

               /s/ David Adler
               _____
               David Adler
               State Bar of Texas 00923150
               Southern District of Texas 17942
               6750 West Loop South
               Suite 120
               Bellaire (Houston), Texas 77401
               (713) 666-7576
               (713) 665-7070 (Fax)
               DavidAdler1@hotmail.com

               Tom Berg
               State Bar of Texas 02189200
               4306 Yoakum Blvd.
               Suite 1900
               Houston, Texas 77006
               (713) 236-1900
               (713) 228-0321 (Fax)
               tomberg@msblawyers.com

               Attorneys for Defendant,
               Asher Khan

CERTIFICATE OF SERVICE

    A copy of this pleading was provided to the AUSA and the Probation Office via email on December 16, 2021.

/s/ David Adler
_____
David Adler



# Certificate of Completion

Corrections Rehabilitation Institute

Presented To

**ASHER KHAN**

For Successfully Completing

**Financial Literacy**

Course Location :
GTL LMS

Completion Date :
November 8, 2021

Corrections Rehabilitation Institute



# Certificate of Completion

Corrections Rehabilitation Institute

Presented To

**ASHER KHAN**

For Successfully Completing

**Family and Community Reunification**

Course Location :
GTL LMS

Completion Date :
November 7, 2021

Corrections Rehabilitation Institute



# Certificate of Completion

**CRi**
Corrections Rehabilitation Institute

Presented To

**ASHER KHAN**

For Successfully Completing

**Expectations and Outcomes**

Completion Date:
November 6, 2021

Course Location:
GTL LMS

Corrections Rehabilitation Institute